UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA LYNNE SEDILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | NO.  CV-10-3077-JPH<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 USC 405(g).  Defendant's Motion for Summary Judgment is **DENIED**.

DATED this 27th day of January, 2012.

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk


                                    By:  S/Renea Ferrante
                                                  Deputy Clerk

cc: all counsel